IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01321-MSK-KMT

MARK BAKER, and
MELISSA BAKER,

    Plaintiffs,

v.

CIGNA HEALTHCARE OF COLORADO, INC.,

    Defendant.

---

## ORDER DISMISSING CLAIMS AGAINST DEFENDANT MED SOLUTIONS, INC. WITH PREJUDICE

---

THIS MATTER is before the Court on the Stipulated Motion to Dismiss Plaintiff's Claims Against Defendant Med Solutions, Inc. (Motion) **(#24)** filed October 2, 2009.  The Court having read the Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED**.  Any and all claims asserted against Defendant Med Solutions, Inc. Are hereby dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.  The caption of all future pleadings filed shall omit this party.

DATED this 2nd day of October, 2009.

                                            **BY THE COURT:**

                                            */s/ Marcia S. Krieger*

                                            Marcia S. Krieger
                                            United States District Judge